## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Willard McKinley III                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-22990 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                         Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
07 Nov 2025, 16:11:35, EST

Denise Carlon, Esq. (317226)  ☐
Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 7560b8125167a8003674a02727af1d8ef2c5316b66d2225a847892ea4d93ea22