FILED
11/14/25 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 25-22990-GLT |
| | : | |
| **Willard McKinley, III,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Related to Document No. 10 |
| **Willard McKinley, III,** | : | |
| | : | |
| Movant | : | |
| | : | Related to Docket No. 10 |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour** Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this ___ 14th Day of November _____, 2025, upon

consideration of the Motion of the above reference Debtor(s), praying for an extension of

time within which to Complete the Bankruptcy Filing, and it appearing from the Motion

that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file his

Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended

to and including November 28, 2025.

BY THE COURT:

Hon. Gregory L. Taddonio
Chief United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 25-22990-GLT
Willard McKinley, III                                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 1
Date Rcvd: Nov 14, 2025                       Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willard McKinley, III, 122 Linhurst Avenue, Butler, PA 16001-3125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Willard McKinley  III ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5