## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CASE NO.  25-22990-GLT** |
| | : | |
| **Willard McKinley III** | : | **Chapter 13** |
| Debtor | : | |
| | : | |
| **Willard McKinley III** | : | |
| Movant | : | **Filed Pursuant to Rule 1007-4** |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Willard McKinley III,** hereby state as follows:

1.  I am currently employed by Lowes Home Centers & I earn average wages of $ 2,808.41 per month.

2.  I am in the process of filing my 2024 tax return and will provide a copy to the court as soon as it is available.

3.  I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: November 27, 2025

/s/ **Willard McKinley III**
**Willard McKinley III**
Debtor

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-8937 | Pay Group: USHI<br>Pay Begin Date: 10/25/2025<br>Pay End Date: 11/07/2025 | | Check #:<br>Check Date: 11/14/2025 |
|---|---|---|---|
| Willard McKinley<br>122 Linhurst Ave<br>Butler, PA 16001 | Employee ID: 001343969<br>Location: 0165-Butler, PA<br>Job Title: Customer Service Associate<br>Pay Rate: | | **TAX DATA:**<br>To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | --------- Current --------- | | | ---------- YTD ---------- | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | |
| Regular | 10/25/2025 | 11/07/2025 | 18.27 | 76.29 | 1,393.85 | 1154.257 | 23,738.44 |
| Contest | | | 0 | | | 0 | 50.00 |
| Culture of Winning InVESTed I | | | 0 | | | 0 | 28.69 |
| GIV | | | 0 | | | 8 | 144.00 |
| HOL Fixed | | | 0 | | | 8 | 168.00 |
| Holiday | | | 0 | | | 20.98 | 449.98 |
| Overtime | | | 0 | | | 16.53 | 540.31 |
| SS Millwork Bonus | | | 0 | | | 0 | 1,200.00 |
| Other | | | | | 0.00 | | 1,132.15 |
| **TOTAL:** | | | | 76.29 | 1,393.85 | 1170.79 | 27,451.57 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 85.12 | 1,561.44 |
| Medicare | 19.91 | 365.18 |
| Federal Withholding | 66.34 | 1,863.40 |
| State Tax - PA | 42.15 | 773.17 |
| SUI-Employee Paid - PA | 0.98 | 19.22 |
| City- - BUTLR | 13.73 | 251.83 |
| LST- - BUTLR | 2.00 | 46.00 |
| **TOTAL:** | 250.23 | 4,680.24 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Self Before-Tax | 12.16 | 279.68 |
| Medical | | 1,785.00 |
| Vision | 8.80 | 202.40 |
| **TOTAL:** | 20.96 | 2,287.08 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Culture of Winning InVESTed I | | 17.00 |
| Long Term Disability | | 51.12 |
| Support (2526300355) | 68.77 | 1,512.96 |
| **TOTAL:** | 68.77 | 1,581.08 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life ER | | 8.55 |
| Medical Self ER Non-Taxable | | 3,559.20 |
| **TOTAL:** | 0.00 | 3,567.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,393.85 | 0.00 | 250.23 | 89.73 | 1,053.89 |
| YTD | 27,451.57 | 0.00 | 4,680.24 | 3848.16 | 18,923.17 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | *******4801 | 1053.89 |
| **TOTAL:** | | | 1053.89 |

## Time Off Plans

| Description | Available |
|---|---|
| Sick Hours | 5.5867 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3 Earned Sick Leave balances can be viewed on myHR.

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 10/11/2025<br>Pay End Date: 10/24/2025 | Check #:<br>Check Date: 10/31/2025 |
|---|---|---|
| | | TAX DATA: |
| Willard McKinley<br>122 Linhurst Ave<br>Butler, PA 16001 | Employee ID: 001343969<br>Location: 0165-Butler, PA<br>Job Title: Customer Service Associate<br>Pay Rate: | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

|  | Pay Period | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | | Description | Current | YTD |
| Regular | 10/11/2025 | 10/24/2025 | 18.27 | 63.017 | 1,151.34 | 1077.967 | 22,344.59 | OASDI | 70.08 | 1,476.32 |
| Contest | | | 0 | | | 0 | 50.00 | Medicare | 16.39 | 345.27 |
| Culture of Winning InVESTed I | | | 0 | | | 0 | 28.69 | Federal Withholding | 57.24 | 1,577.06 |
| GIV | | | 0 | | | 8 | 144.00 | State Tax - PA | 34.70 | 731.02 |
| HOL Fixed | | | 0 | | | 8 | 168.00 | SUI-Employee Paid - PA | 0.81 | 18.24 |
| Holiday | | | 0 | | | 20.98 | 449.98 | City- - BUTLR | 11.30 | 238.10 |
| Overtime | | | 0 | | | 16.53 | 540.31 | LST- - BUTLR | 2.00 | 44.00 |
| SS Millwork Bonus | | | 0 | | | 0 | 1,200.00 | | | |
| Other | | | | | 0.00 | | 1,132.15 | | | |
| TOTAL: | | | | 63.02 | 1,151.34 | 1094.50 | 26,057.72 | TOTAL: | 192.52 | 4,430.01 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental Self Before-Tax | 12.16 | 267.52 | Culture of Winning InVESTed I | | 17.00 | Basic Life ER | | 8.55 |
| Medical | | 1,785.00 | Long Term Disability | | 51.12 | Medical Self ER Non-Taxable | | 3,559.20 |
| Vision | 8.80 | 193.60 | Support (2526300355) | 68.77 | 1,444.19 | | | |
| TOTAL: | 20.96 | 2,246.12 | TOTAL: | 68.77 | 1,512.31 | TOTAL: | 0.00 | 3,567.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,151.34 | | 192.52 | 89.73 | 869.09 |
| | | 0.00 | | | |
| YTD | 26,057.72 | | 4,430.01 | 3758.43 | 17,869.28 |
| | | 0.00 | | | |

| NET PAY DISTRIBUTION | | | | Time Off Plans | |
|---|---|---|---|---|---|
| Payment Type | Account Type | Account Number | Amount | Description | Available |
| | Direct Deposit | ******4801 | 869.09 | Sick Hours | 4.66 |
| TOTAL: | | | 869.09 | | |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3 Earned Sick Leave balances can be viewed on myHR.

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 09/27/2025<br>Pay End Date: 10/10/2025 | Check #:<br>Check Date: 10/17/2025 |
|---|---|---|
| | | TAX DATA: |
| **Willard McKinley**<br>122 Linhurst Ave<br>Butler, PA 18001 | Employee ID: 001343969<br>Location: 0165-Butler, PA<br>Job Title: Customer Service Associate<br>Pay Rate: | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| | ------ Pay Period ------ | | | --------- Current --------- | | ---------- YTD ---------- | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | |
| Regular | 09/27/2025 | 10/10/2025 | 18.27 | 73.75 | 1,347.44 | 1014.95 | 21,193.25 |
| Contest | | | 0 | | | 0 | 50.00 |
| Culture of Winning InVESTed I | | | 0 | | | 0 | 28.69 |
| GIV | | | 0 | | | 8 | 144.00 |
| HOL Fixed | | | 0 | | | 8 | 168.00 |
| Holiday | | | 0 | | | 20.98 | 449.98 |
| Overtime | | | 0 | | | 16.53 | 540.31 |
| SS Millwork Bonus | | | 0 | | | 0 | 1,200.00 |
| Other | | | | | 0.00 | | 1,132.15 |
| **TOTAL:** | | | | 73.75 | 1,347.44 | 1031.48 | 24,906.38 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 82.25 | 1,406.24 |
| Medicare | 19.24 | 328.88 |
| Federal Withholding | 80.77 | 1,519.82 |
| State Tax - PA | 40.72 | 696.32 |
| SUI-Employee Paid - PA | 0.94 | 17.43 |
| City- - BUTLR | 13.26 | 226.80 |
| LST- - BUTLR | 2.00 | 42.00 |
| **TOTAL:** | 239.18 | 4,237.49 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Self Before-Tax | 12.16 | 255.36 |
| Medical | | 1,785.00 |
| Vision | 8.80 | 184.80 |
| **TOTAL:** | 20.96 | 2,225.16 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Culture of Winning InVESTed I | | 17.00 |
| Long Term Disability | | 51.12 |
| Support (2526300355) | 68.77 | 1,375.42 |
| **TOTAL:** | 68.77 | 1,443.54 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life ER | | 8.55 |
| Medical Self ER Non-Taxable | | 3,559.20 |
| **TOTAL:** | 0.00 | 3,567.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,347.44 | | 239.18 | 89.73 | 1,018.53 |
| | | 0.00 | | | |
| YTD | 24,906.38 | | 4,237.49 | 3668.70 | 17,000.19 |
| | | 0.00 | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******4801 | 1018.53 |
| **TOTAL:** | | | 1018.53 |

### Time Off Plans

| Description | Available |
|---|---|
| Sick Hours | 3.74 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3 Earned Sick Leave balances can be viewed on myHR.

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 09/13/2025<br>Pay End Date: 09/26/2025 | | Check #:<br>Check Date:  10/03/2025 |
|---|---|---|---|
| | | | **TAX DATA:** |
| **Willard McKinley**<br>122 Linhurst Ave<br>Butler, PA 16001 | Employee ID:  001343969<br>Location:       0165-Butler, PA<br>Job Title:      Customer Service Associate<br>Pay Rate: | | To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| | ------ Pay Period ------ | | -------- Current -------- | | | ---------- YTD ---------- | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | |
| Regular | 09/13/2025 | 09/26/2025 | 18.27 | 70.717 | 1,292.03 | 941.2 | 19,845.81 |
| Contest | | | 0 | | | 0 | 50.00 |
| Culture of Winning InVESTed I | | | 0 | | | 0 | 28.69 |
| GIV | | | 0 | | | 8 | 144.00 |
| HOL Fixed | | | 0 | | | 8 | 168.00 |
| Holiday | | | 0 | | | 20.98 | 449.98 |
| Overtime | | | 0 | | | 16.53 | 540.31 |
| SS Millwork Bonus | | | 0 | | | 0 | 1,200.00 |
| Other | | | | | 0.00 | | 1,132.15 |
| **TOTAL:** | | | | 70.72 | 1,292.03 | 957.73 | 23,558.94 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 78.80 | 1,323.99 |
| Medicare | 18.43 | 309.64 |
| Federal Withholding | 74.12 | 1,439.05 |
| State Tax - PA | 39.02 | 655.60 |
| SUI-Employee Paid - PA | 0.90 | 16.49 |
| City- - BUTLR | 12.71 | 213.54 |
| LST- - BUTLR | 2.00 | 40.00 |
| **TOTAL:** | 225.98 | 3,998.31 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Self Before-Tax | 12.16 | 243.20 |
| Medical | | 1,785.00 |
| Vision | 8.80 | 176.00 |
| **TOTAL:** | 20.96 | 2,204.20 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Culture of Winning InVESTed I | | 17.00 |
| Long Term Disability | | 51.12 |
| Support (2526300355) | 68.77 | 1,306.65 |
| **TOTAL:** | 68.77 | 1,374.77 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life ER | | 8.55 |
| Medical Self ER Non Taxable | | 3,559.20 |
| **TOTAL:** | 0.00 | 3,567.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,292.03 | | 225.98 | 89.73 | 976.32 |
| | | 0.00 | | | |
| YTD | 23,558.94 | | 3,998.31 | 3578.97 | 15,981.66 |
| | | 0.00 | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | *******4801 | 976.32 |
| **TOTAL:** | | | 976.32 |

### Time Off Plans

| Description | Available |
|---|---|
| Sick Hours | 2.82 |

MESSAGE:  #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3 Earned Sick Leave balances can be viewed on myHR.