**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 25−22990−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Willard McKinley III
  122 Linhurst Avenue
  Butler, PA 16001

Social Security No.:
  xxx−xx−2613

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lawrence Willis | Ronda J. Winnecour |
| Willis & Associates | Suite 3250, USX Tower |
| 201 Penn Center Blvd | 600 Grant Street |
| Suite 310 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15235 | Telephone number:  412−471−5566 |
| Telephone number:  412−235−1721 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| April 20, 2026 | April 20, 2026 |
| 11:00 AM | 11:00 AM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/10/26

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-22990-GLT

Willard McKinley, III                                                                     Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                     Page 1 of 3

Date Rcvd: Feb 10, 2026                     Form ID: rsc13                                  Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willard McKinley, III, 122 Linhurst Avenue, Butler, PA 16001-3125 |
| 16604203 | + | Armco Credit Union, 101 Hollywood Dr, Butler, PA 16001-7607 |
| 16613117 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 16604204 | + | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 16613125 | + | Laura McKinley, 104 Crossing Ridge Trail, Cranberry Twp, PA 16066-6506 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2026 00:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 11 2026 00:16:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16605999 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2026 00:17:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 16618641 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 00:28:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16604202 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 00:28:35 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16604205 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2026 00:28:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16604206 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2026 00:17:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 16626062 | | Email/Text: bankruptcy@greenskycredit.com | Feb 11 2026 00:17:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 16604207 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 11 2026 00:17:00 | Greensky Llc, Attn: Bankruptcy, Po Box 2730, Alpharetta, GA 30023-2730 |
| 16613123 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2026 00:16:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 16617203 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2026 00:17:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16613734 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 11 2026 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16613126 | | Email/Text: blegal@phfa.org | | |

|  |  | Feb 11 2026 00:17:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 16624895 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2026 00:16:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 16604208 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2026 00:16:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 16604573 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16625657 | + Email/Text: blegal@phfa.org | Feb 11 2026 00:17:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 16604209 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2026 00:28:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16613090 | + Email/Text: Claims@cri.studentaid.gov | Feb 11 2026 00:17:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 16626169 | Email/Text: BNCnotices@dcmservices.com | Feb 11 2026 00:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16623574 | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2026 00:28:24 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16604210 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2026 00:16:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 16613115 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16613116 | *+ | Armco Credit Union, 101 Hollywood Dr, Butler, PA 16001-7607 |
| 16613118 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 16613119 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16613120 | *+ | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 16613121 | *+ | Greensky Llc, Attn: Bankruptcy, Po Box 2730, Alpharetta, GA 30023-2730 |
| 16613124 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 16613122 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16613127 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 16613128 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16613129 | *+ | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                                       User: auto                                        Page 3 of 3

Date Rcvd: Feb 10, 2026                              Form ID: rsc13                                   Total Noticed: 27

Date: Feb 12, 2026                               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Willard McKinley  III ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7