IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Willard McKinley, III | : | Case No. 25-22990-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 | : | Related to Document 29 |
| Trustee | : | |
| Movant(s) | : | Hearing: 5/20/26 at 10:00 a.m. |
| vs. | : | |
| Willard McKinley, III | : | |
| | : | |
| Respondent(s) | : | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S ORAL MOTION TO DISMISS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on April 21, 2026 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon.  Pursuant to the Notice of Hearing, responses were to be filed and served no later than May 8, 2026.


5/11/2026                          /s/ Ronda J. Winnecour
                                   Ronda J. Winnecour (PA I.D. #30399)
                                   Attorney and Chapter 13 Trustee
                                   U.S. Steel Tower – Suite 3250
                                   600 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com